IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUNNY GHOTRA SINGH, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 25-269J |
| | ) | |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| LEONARD ODDO, *et. al.*, | ) | Re: ECF No. 6 |
| | ) | |
| Respondents. | ) | |

## ORDER

AND NOW, this 16th day of December, 2025, and for the reasons stated in the Memorandum Opinion issued contemporaneously herewith, IT IS HEREBY ORDERED that the Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, ECF No. 6, is GRANTED.

Respondents shall RELEASE Petitioner from immigration detention FORTHWITH, subject to appropriate conditions in accordance with 8 U.S.C. § 1231(a)(3).

To the extent that Petitioner seeks any additional habeas relief, the same is DENIED. Denial is without prejudice to Petitioner raising any such arguments attacking his order of removal in a proper forum.

IT IS FURTHER ORDERED that any motion for costs and/or fees must be submitted on or before **January 16, 2026**.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, any party wishing to appeal from this Order must file a notice of appeal within 30 days (or 60 days if one of the parties is contemplated in Rule 4(a)(1)(B)), as provided in

1

Rule 3 of the Federal Rules of Appellate Procedure, with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.

BY THE COURT,

_/s/ Maureen P. Kelly_
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of record (*via* CM/ECF)